IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

L. ALBERT LEWIS,

      Petitioner,   No. MISC S-11-0039 WBS DAD PS

      v.

UNITED STATES OF AMERICA, et al.,

      Respondents.

ORDER

_____/

      Before the court is the pro se petitioner's motion to continue or vacate the August 5, 2011 hearing of respondent United States of America's fully briefed motion to dismiss.

      Good cause appearing, IT IS ORDERED that:

      1. Petitioner's motion to continue or vacate hearing (Doc. No. 7) is granted;

      2. Respondent's motion to dismiss (Doc. No. 3) is submitted upon the record and briefs on file pursuant to Local Rule 230(g); and

      3. The hearing set for August 5, 2011 before the undersigned is vacated.

DATED: August 1, 2011.

*[signature: Dale A. Drozd]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
ddad1\orders.prose\lewis0039.vac.hrg